# Michael A Bentz DDS PC
# Balance Sheet
As of October 19, 2019

|  |  | Total |
|---|---:|---:|
| **ASSETS** |  |  |
|   **Current Assets** |  |  |
|     **Bank Accounts** |  |  |
|       ANB Checking |  | 1,398.60 |
|       **Banking** |  |  |
|         Adams Bank Checking |  | 0.00 |
|         BBVA Compass |  | -30.00 |
|       **Total Banking** | -$ | 30.00 |
|     **Total Bank Accounts** | $ | 1,368.60 |
|     **Other Current Assets** |  |  |
|       A/R - ME Inc CCD |  | 0.00 |
|       L/R - Michael Bentz |  | 0.00 |
|       Legal Retainer |  | 22,165.00 |
|       Loan Receivable |  | 2,500.00 |
|     **Total Other Current Assets** | $ | 24,665.00 |
|   **Total Current Assets** | $ | 26,033.60 |
|   **Fixed Assets** |  |  |
|     **Fixed Assets** |  |  |
|       Accumulated Depreciation |  | -156,884.89 |
|       **Furniture & Fixtures** |  | 8,943.23 |
|         Original Cost |  | 0.00 |
|       **Total Furniture & Fixtures** | $ | 8,943.23 |
|       **Furniture & Fixtures-1** |  |  |
|         Original Cost |  | 0.00 |
|       **Total Furniture & Fixtures-1** | $ | 0.00 |
|       Leasehold Improvements |  | 256,804.66 |
|       Machinery & Equipment |  | 98,271.67 |
|     **Total Fixed Assets** | $ | 207,134.67 |
|     **Other Fixed Assets** |  |  |
|       Accumulated Amortization |  | -1,990.45 |
|       Loan Fees |  | 10,966.75 |
|       Organization Fees |  | 250.00 |
|     **Total Other Fixed Assets** | $ | 9,226.30 |
|   **Total Fixed Assets** | $ | 216,360.97 |
|   **Other Assets** |  |  |
|     Patient Rec & Acct |  | 450,775.00 |
|   **Total Other Assets** | $ | 450,775.00 |
| **TOTAL ASSETS** | $ | 693,169.57 |
| **LIABILITIES AND EQUITY** |  |  |
|   **Liabilities** |  |  |
|     **Current Liabilities** |  |  |

| | | |
|---|---:|---:|
| **Accounts Payable** | | |
|   Accounts Payable (A/P) | | 0.00 |
| **Total Accounts Payable** | $ | **0.00** |
| **Credit Cards** | | |
|   Best Buy | | 273.34 |
|   Capital One 4414 (2598) | | 10,670.91 |
|   Capital One 4896 (4071) | | 9,177.47 |
|   Citi Card | | 9,173.06 |
|   Compass Bank 0151 | | 7,555.55 |
|   Credit One CC | | 407.17 |
|   Discover Card 2800 | | 6,989.26 |
|   Discover Card 9144 | | 6,468.14 |
|   Master Card | | 267.13 |
| **Total Credit Cards** | $ | **50,982.03** |
| **Other Current Liabilities** | | |
|   Accrued Expenses | | 0.00 |
|   ME Inc CCD Loan | | 0.00 |
|   Payroll Clearing | | 0.00 |
|   Payroll Tax Payable | | 0.00 |
|     Federal Unemployment Payable | | 127.67 |
|     FICA/Medicare/FIT Payable | | 5,347.57 |
|     State Income Tax Payable | | -165.00 |
|     State Unemployment Payable | | 30.90 |
|   **Total Payroll Tax Payable** | $ | **5,341.14** |
| **Total Other Current Liabilities** | $ | **5,341.14** |
| **Total Current Liabilities** | $ | **56,323.17** |
| **Long-Term Liabilities** | | |
|   DS Loan | | 15,000.00 |
|   Guarantee Bank Loan | | 0.00 |
|   Independent Bank Loan | | 220,019.45 |
|   Loan Payable - Michael Bentz | | 0.00 |
|   PMW Loan | | 7,165.00 |
|   RWG Loan to Business | | 30,000.00 |
| **Total Long-Term Liabilities** | $ | **272,184.45** |
| **Total Liabilities** | $ | **328,507.62** |
| **Equity** | | |
|   Common Stock | | 8,900.00 |
|   Dividends | | -2,673.30 |
|   C J Trust Royalty | | 0.00 |
|   Dividends-Cash Transfers | | -132,624.38 |
|   Dividends-Other Pers Loans | | 0.00 |
|   Matsco Loan | | 0.00 |
|   Person transfer Adams Bank | | 0.00 |
|   Personal Payments | | -3,243.58 |
| **Total Dividends** | -$ | **138,541.26** |
|   Opening Balance Equity | | 0.00 |
|   Other | | 0.00 |

| | | |
|---|---|---:|
| **Paid in Excess** | | 221,318.33 |
| **Prior Year Retained Earnings** | | 0.00 |
| **Retained Earnings** | | 221,521.81 |
| **Net Income** | | 51,463.07 |
| **Total Equity** | $ | 364,661.95 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 693,169.57 |