# Michael A Bentz DDS PC
# Profit and Loss
### January 1 - October 21, 2019

|  | | Total |
|---|---|---:|
| **Income** | | |
|   Patient Fees | | 330,394.80 |
| **Total Income** | **$** | **330,394.80** |
| **Cost of Goods Sold** | | |
|   Cost of Goods Outside services | | 13,879.00 |
| **Total Cost of Goods Sold** | **$** | **13,879.00** |
| **Gross Profit** | **$** | **316,515.80** |
| **Expenses** | | |
|   Advertising | | 4,808.10 |
|   ask my accountant | | 0.00 |
|   Automobile Expense | | 0.00 |
|   Bank/Credit Card Fees | | 6,779.19 |
|     NSF Fees | | 1,564.77 |
|   **Total Bank/Credit Card Fees** | **$** | **8,343.96** |
|   Charity Donations | | 103.59 |
|   Computer & Software | | 622.38 |
|   Contract Labor | | 20,888.25 |
|   Dues & Subscriptions | | 539.00 |
|   Employee Benefits | | 350.00 |
|   Insurance | | 2,347.00 |
|     Disbility/Long Tern Insurance | | 2,987.68 |
|     Insurance - Malpractice | | 1,224.75 |
|     Medical Insurance Off | | 4,306.82 |
|     Workman's Comp | | 3,626.94 |
|   **Total Insurance** | **$** | **14,493.19** |
|   Interest | | 4,006.65 |
|     Interest Expense | | 12,816.08 |
|   **Total Interest** | **$** | **16,822.73** |
|   Lease Expense | | 37,999.17 |
|   Legal & Professional Fees | | 5,514.78 |
|   Meals and Entertainment | | 2,882.77 |
|   Office Expenses | | 10,870.68 |
|   Operating Supplies | | 28,266.07 |
|   Outside Services | | 4,652.00 |
|   Payroll Expenses | | -2,043.44 |
|     Salaries Officers | | 25,000.00 |
|     Taxes | | |
|       CO Unemployment Tax | | 372.04 |
|       Federal Taxes (941/944) | | 5,145.56 |
|       Federal Unemployment (940) | | 127.67 |
|   **Total Taxes** | **$** | **5,645.27** |

| | | |
|---|---|---|
| Wages | | 42,262.00 |
| **Total Payroll Expenses** | $ | 70,863.83 |
| Postage & Shipping | | 587.36 |
| Promotional | | 1,561.22 |
| Rent or Lease | | 4,265.93 |
| Repair & Maintenance | | 868.50 |
| Supplies | | 10,091.22 |
| Taxes & Licenses | | |
| Property Tax | | 750.00 |
| **Total Taxes & Licenses** | $ | 750.00 |
| Telephone | | 11,976.07 |
| Uncategorized Expense | | 0.00 |
| Utilities | | 4,753.07 |
| **Total Expenses** | $ | 262,873.87 |
| **Net Operating Income** | $ | 53,641.93 |
| **Other Expenses** | | |
| Penalties & Settlements | | 2,178.86 |
| **Total Other Expenses** | $ | 2,178.86 |
| **Net Other Income** | -$ | 2,178.86 |
| **Net Income** | $ | 51,463.07 |