UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-19126 |
| BOULDER DENTISTRY, P.C. ) | |
| EIN: ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**STATEMENT OF SMALL BUSINESS CASH FLOW STATEMENT**

The Debtor provides notice that it does not maintain a cash flow statement.

Dated: October 22, 2019                    Respectfully submitted,

By:/s/ Aaron A. Garber
    Aaron A. Garber #36099
    **Wadsworth Garber Warner Conrardy, P.C.**
    2580 West Main Street, Suite 200
    Littleton, CO 80120
    Telephone: (303) 296-1999
    Telecopy: (303) 296-7600
    Email: agarber@wgwc-law.com