UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-19126 JGR |
| BOULDER DENTISTRY, P.C. ) | |
| EIN: 84-1185608 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant: <u>Wadsworth Garber Warner Conrardy, P.C.</u>

Authorized to Provide Professional Service for: <u>Boulder Dentistry, P.C.</u>

Date of Order Authorizing Employment: <u>November 12, 2019 *nunc pro tunc* to October 24, 2019</u>

Period for Which Compensation is Sought: <u>October 24, 2019 through August 25, 2020</u>

Amount of Expense Reimbursement Sought: Fees: $29,827.00; Costs: $268.37

This is an Interim Application _____ Final Application ___X___

If this is **not** the first application filed hereby by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $ 18,655.00 pursuant to interim fee order.

DATED: September 8, 2020                    Respectfully submitted,

By: /s/ Aaron A. Garber
Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-19126 JGR |
| BOULDER DENTISTRY, P.C. ) | |
| EIN: 84-1185608 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.

Wadsworth Garber Warner Conrardy, P.C. (the "Applicant"), having been appointed to represent Boulder Dentistry, P.C. (the "Debtor") in the above-captioned case, makes this Final Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Costs pursuant to 11 U.S.C. § 330 based on the following:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on October 22, 2019.

2. On October 24, 2020, the Debtor filed an application seeking to employ Wadsworth Garber Warner Conrardy, P.C. to represent the Debtor as bankruptcy counsel, with Aaron Garber as the primary attorney. The Court entered an order authorizing the Applicant's employment on November 12, 2019 *nunc pro tunc* to October 24, 2019. A copy of the Order approving the Application is located at docket number 68.

3. On October 24, 2019, the Debtor also filed a Motion to Approve Retainer in the Amount of $18,665.00 (the "Motion"). The Motion provided that the Applicant would be paid through the retainer, or by the Debtor on a monthly basis, subject to the terms of the budget approved by the Court in relation to the Debtor's Motion for Authority to use Cash Collateral on an Interim and Final Basis, and any continuation thereof: (1) 100% of the out of pocket costs incurred as allowable under the guidelines established by the United States Trustee's Office; and (2) 80% of the fees incurred. The Motion further provided that all fees and costs will be subject to interim and final approval by the Court upon filing interim and final fee applications, subject to L.B.R. 2016-2(b)(9).

4.  This is the Applicant's first and final application for allowance and payment of attorneys' fees and reimbursement of costs.

5.  In connection with this case and pursuant to Chapter 11 of the Bankruptcy Code, the Applicant has performed the professional services set forth in the schedules attached hereto and incorporated herein by reference as Exhibit A (narrative of services performed) and Exhibit B (billing statements) for fees and costs as therein set forth totaling $30,095.37 (fees charged: $29,827.00; costs advanced: $268.37) for the time period October 24, 2019 through August 25, 2020 (the "Compensation Period").

6.  The billing statements attached hereto as Exhibit B set forth the Applicant's time and cost charges for the Compensation Period. The time is billed in a discrete category or activity. The Applicant has used its best efforts to accurately categorize time for billing statement purposes. In some instances, a meeting, telephone call or other entry may apply to more than one billing activity. In those instances, the Applicant has either allocated the time to the applicable activities or placed a time entry in what is believed to be the dominant focus of the time entry. The Applicant has avoided "lumping" of the time and billing for more than one attorney at any conference call or hearing.

7.  The services rendered during the Compensation Period, as more fully set forth in the attached billings and supporting documents, have consisted of:

    a.  Providing the Debtor with legal advice with respect to its powers and duties and continued operation of its business and management of its property as a Debtor-in-Possession;

    b.  Filing of the necessary pleadings and amendments thereto, petitions, reports and actions which have been required in the continued administration of the Debtor's property;

    c.  Assisting the Debtor in preparing its monthly operating reports and corresponding with the US Trustee regarding quarterly payments owed;

    d.  Drafting and filing a motion to excuse ombudsman and corresponding with the US Trustee regarding the same;

    e.  Obtaining the consensual use of cash collateral;

      f.      Corresponding with a secured creditor and the Debtor regarding payments to the secured creditor;

      g.      Corresponding with the Colorado Department of Revenue and the Debtor regarding tax obligations;

      h.      Preparing pleadings, advising the Debtor, communicating with the Subchapter V trustee, and attending hearings related to conversion to subchapter V;

      i.      Drafting Motion to Assume Real Property Lease.

      j.      Drafting and filing the Debtor's Plan and Disclosure Statement;

      k.      Communicating with creditors and the US Trustee regarding plan issues;

      l.      Drafting the Amended Plan and Disclosure Statement to address objections;

      m.      Obtaining confirmation of the Plan; and

      n.      Addressing creditor inquiries.

8. The charges for services rendered and the costs incurred are reasonable and were necessarily incurred in the representation of the Debtor. All services were necessary and resulted in a benefit to the Debtor and its estate. The Debtor obtained confirmation of a Plan that will allow for the maximum distribution to creditors and to restructure the Debtor's debt with its secured creditor.

9. The Applicant's efforts in this case have resulted in the efficient administration of this estate and confirmation of the Debtor's Plan on an uncontested basis.

10. Pursuant to 11 U.S.C. § 330, the Applicant requests the allowance and payment of the fees and costs incurred during the Compensation Period on a final basis.

11. The Debtor received copies of all the Applicant's billing statements and does not object to their allowance.

WHEREFORE, the Applicant respectfully requests that the Court, after notice and a hearing, allow on a final basis the payment of its attorneys' fees and costs for the period from October 24, 2019 through August 25, 2020, in the amount of $30,095.37 (fees charged: $29,827.00; costs advanced: $268.37); authorize the Debtor to pay the Applicant the allowed fees

and costs; and grant such further and additional relief as to the Court may appear proper.

Dated: September 8, 2020

                              Respectfully submitted,

                              By:/s/ Aaron A. Garber
                                 Aaron A. Garber #36099
                                 **Wadsworth Garber Warner Conrardy, P.C.**
                                 2580 West Main Street, Suite 200
                                 Littleton, CO 80120
                                 Telephone: (303) 296-1999
                                 Telecopy: (303) 296-7600
                                 Email: agarber@wgwc-law.com

# EXHIBIT A

## EXHIBIT A

## PROFESSIONAL HOURLY RATES

| PROFESSIONAL | HOURLY RATE |
|---|---|
| Aaron A. Garber | $375-$400/hour |
| Benjamin H. Shloss | $275/hour |
| Michelle Primo | $150/hour |
| Lindsay S. Riley | $235/hour |
| Nichole Garber (paralegal) | $115/hour |

## NARRATIVE SUMMARY OF BILLING STATEMENTS

1.   GENERAL ADMINISTRATION

During the compensation period, counsel advised the Debtor regarding its rights and duties operating as a Debtor-in-Possession and assisted the Debtor with its reporting obligations. Counsel prepared and filed the Debtor's voluntary petition and schedules and first day motions. Counsel drafted and filed an application for counsel to be employed as bankruptcy counsel for the Debtor, which was approved by the Court. Counsel also drafted and filed a Motion to Use Cash Collateral, a Motion to Approve Retainer, and a Motion for Expedited Entry of Orders, all of which the Court granted.

Counsel prepared for and attended first day hearings, the initial debtor interview, and the meeting of creditors.

Counsel corresponded with the US Trustee and the Debtor regarding appointment of an ombudsman and drafted a Motion to Excuse the Appointment of an Ombudsman, which was granted without opposition.

Counsel communicated with the US Trustee and the Debtor regarding financial reports and compliance with US Trustee obligations.

Counsel prepared the Debtor's amended petition and amended schedules and communicated with the Debtor and the US Trustee regarding the same.

Counsel communicated with the Debtor regarding monthly operating reports and reviewed the same.

Counsel drafted a Motion to Set Bar Date and Administrative Bar Date for Filing Proofs of Claims, which was granted without opposition.

Counsel prepared the Debtor's amended petition to convert the Debtor's case to one under Subchapter V.

Counsel corresponded with creditors regarding various case issues.

Counsel also participated in telephone conferences, office conferences, letter correspondence and email correspondence regarding the above issues and other matters set forth in <u>Exhibit B</u> with Debtor, representatives of the US Trustee, counsel for creditors, and other interested parties.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 19.20 hours | $7,350.00 |
| Benjamin H. Shloss | 5.50 hours | $1,512.50 |
| Michelle Primo | 1.90 hours | $285.00 |
| Nichole Garber (paralegal) | 13.90 hours | $1,598.50 |
| Total | 40.50 hours | $10,746.00 |
| Average Hourly Rate: | | $265.33 |

2.   PLAN AND DISCLOSURE STATEMENT

Counsel drafted the Debtor's Subchapter V Plan. Counsel conferred with the Debtor regarding Plan and the obligations thereunder. Counsel continued to correspond with the Debtor regarding the Plan and reviewed, revised, and filed the documents. Counsel conferred with creditors, the US Trustee and the Sub-Chapter V trustee regarding the Plan, and drafted an amendment to the Plan to address issues raised by various parties in the case. The amended Plan resolved all issues of parties in interest.

Counsel prepared solicitation materials, corresponded with the Debtor and creditors regarding plan voting, reviewed the votes, and prepared and filed the Debtor's Summary of Voting Results.

Counsel attended the hearing regarding confirmation of Debtor's Amended Subchapter V Plan of Reorganization. There were no objections to confirmation of the Amended Subchapter V Plan of Reorganization. The Court entered an order confirming the Amended Subchapter V Plan.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 37.70 hours | $15.080.00 |
| Lindsay S. Riley | 1.90 hours | $446.50 |
| Nichole Garber (paralegal) | 2.20 hours | $253.00 |
| Total | 41.80 hours | $15,779.50 |
| Average Hourly Rate: | | $377.50 |

3.   SECURED CREDITORS

Counsel prepared for and attended a hearing on the Debtor's Motion to Use Cash Collateral and communicated with the Debtor regarding the same.

2

Counsel corresponded with secured creditors regarding the case and case issues, including cash collateral and adequate assurance payments.

Counsel drafted a Motion for Continued Use of Cash Collateral and a Motion to Discontinue Payments to Secured Creditors Under Cash Collateral Budget, which were granted without opposition.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 6.60 hours | $2,582.50 |
| Nichole Garber (paralegal) | 0.10 hours | $11.50 |
| Total | 6.70 hours | $2,594.00 |
| Average Hourly Rate: | | $387.16 |

4. CONTRACTS AND LEASES

Counsel drafted a Motion to Extend Time to Assume or Reject Commercial Real Property Lease and a Motion to Assume Commercial Real Property Lease, which were granted without opposition. Counsel communicated with the Debtor regarding the same.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 1.40 hours | $557.50 |
| Michelle Primo | 1.00 hours | $150.00 |
| Total | 2.40 hours | $707.50 |
| Average Hourly Rate: | | $375.00 |

**EXHIBIT B**

Case:19-19126-JGR Doc#:151 Filed:09/08/20 Entered:09/08/20 14:32:18 Page11 of 15

Detail Fee Transaction File List
fee app numbers
Wadsworth Garber Warner Conrardy, P.C.

| Trans Date | Tmkr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 39040.01 Boulder Dentistry, P.C.** | | | | | | |
| 10/24/2019 | AAG | | 375.00 | 0.30 | 112.50 | Correspond with US Trustee regarding ombudsman (.1); correspond with client regarding meeting of creditors and cash collateral (.2) |
| 10/25/2019 | AAG | | 375.00 | 3.50 | 1,312.50 | Correspond with client and US Trustee regarding 341 and initial debtor interview (.2); correspond with debtor regarding debtor in possession obligations (.2); correspond with client regarding cash collateral facts (.1); draft cash collateral motion, motion for expedited hearing, affidavit in support (2.7); draft receiver statement (.1); correspond with debtor and US Trustee regarding: facts related to ombudsman (.2) |
| 10/27/2019 | AAG | | 375.00 | 0.10 | 37.50 | Correspond with client regarding meeting of creditors and status and scheduling conference and debtor in possession obligations |
| 10/28/2019 | AAG | | 375.00 | 1.30 | 487.50 | Draft motion to excuse ombudsman and vacate hearing |
| 10/28/2019 | AAG | | 375.00 | 0.20 | 75.00 | Correspond with client regarding Debtor in possession obligations |
| 10/29/2019 | AAG | | 375.00 | 0.40 | 150.00 | Correspond with client regarding first day hearings (.1); prepare for same (.3) |
| 10/30/2019 | AAG | | 375.00 | 0.40 | 150.00 | Correspond with client regarding first day hearing (.1); prepare for hearing (.3) |
| 11/04/2019 | AAG | | 375.00 | 0.10 | 37.50 | Review of US Trustee response to motion to excuse receiver |
| 11/05/2019 | AAG | | 375.00 | 0.50 | 187.50 | Draft motion to extend time to filed schedules |
| 11/05/2019 | AAG | | 375.00 | 0.30 | 112.50 | Correspond with client regarding debtor in possession obligations |
| 11/11/2019 | AAG | | 375.00 | 0.50 | 187.50 | Prepare bankruptcy paper work and initial financial report |
| 11/12/2019 | AAG | | 375.00 | 0.10 | 37.50 | Revise schedules |
| 11/15/2019 | AAG | | 375.00 | 1.80 | 675.00 | Prepare for and attend IDI (1.6); correspond with client regarding case issue (.2) |
| 11/19/2019 | AAG | | 375.00 | 0.20 | 75.00 | Draft bar date motion |
| 11/21/2019 | AAG | | 375.00 | 0.10 | 37.50 | Prepare bar date notice |
| 11/21/2019 | AAG | | 375.00 | 0.10 | 37.50 | Correspond with client regarding meeting of creditors |
| 11/22/2019 | AAG | | 375.00 | 1.50 | 562.50 | Prepare for and attend meeting of creditors (1); meet with cleint regarding case (.5) |
| 12/03/2019 | AAG | | 375.00 | 0.30 | 112.50 | Correspond with client regarding status and scheduling conference (.1); prepare for same (.2) |
| 12/04/2019 | AAG | | 375.00 | 1.20 | 450.00 | Prepare for and attend status and scheduling conference (..9); meet with client regarding case issues (.3) |
| 12/18/2019 | AAG | | 375.00 | 0.20 | 75.00 | Correspond with client and US Trustee regarding DIP obligations |
| 12/20/2019 | AAG | | 375.00 | 0.10 | 37.50 | Correspond with client regarding monthly operating report |
| 01/05/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding monthly operating report |
| 01/07/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding payments to secured creditor |
| 01/28/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with secured creditor regarding payment |
| 02/05/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding monthly report |
| 02/19/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding quarterly fee |
| 03/09/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with creditor regarding status of case |
| 03/12/2020 | AAG | | 400.00 | 0.30 | 120.00 | Correspond with creditor regarding case and status |
| 03/18/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding cash collateral |
| 04/08/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding requests from secured creditor |
| 04/09/2020 | AAG | | 400.00 | 0.50 | 200.00 | Draft amended petition (.2); correspond with client regarding same (.3) |
| 04/20/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client and counsel for Colorado Department of Revenue regarding tax obligations |
| 04/27/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client and CDOR regarding tax obligations |
| 04/27/2020 | AAG | | 400.00 | 0.20 | 80.00 | Finalize amended petition (.1) and correspond with client regarding same (.1) |
| 04/30/2020 | AAG | | 400.00 | 0.20 | 80.00 | Prepare form 1009 form (.1); correspond with client regarding same (.1) |
| 04/30/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with U.S. Trustee regarding conversion of case (.1); correspond with client regarding same (.1) |
| 05/04/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with Subchatper V trustee regarding case |
| 05/11/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with trustee regarding hearing and plan |
| 05/12/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with SubChapter V trustee regarding plan and interview with debtor if necessary |
| 05/12/2020 | AAG | | 400.00 | 0.50 | 200.00 | Prepare for and attend hearing on conversion of case to subchapter V |
| 05/13/2020 | AAG | | 400.00 | 0.30 | 120.00 | Correspond with client regarding PPP loan, conversion of case, payment of cash collateral payments |
| 05/13/2020 | AAG | | 400.00 | 0.30 | 120.00 | Draft notice of conversion of case |
| 05/28/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding conversion of case and status and scheduling conference |
| 06/09/2020 | AAG | | 400.00 | 0.60 | 240.00 | Draft Subchapter V status report |
| 06/10/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client and department of revenue regarding tax obligations |
| 06/25/2020 | AAG | | 400.00 | 0.80 | 320.00 | Correspond with client regarding hearing (.1); prepare for and attend hearing on Subchapter V (.7) |
| 06/25/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with creditor regarding status of case |
| 06/29/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with U.S. Trustee and client regarding quarterly fee |
| Subtotal for Timekeeper AAG | | | Billable | 19.20 | 7,350.00 | Aaron A. Garber |
| 10/25/2019 | NG | | 115.00 | 1.60 | 184.00 | Finalized and filed first day motions (1.5); correspond w/ client and US Trustee regarding IDI (.1) |
| 10/28/2019 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of service for first day order and notice |
| 10/28/2019 | NG | | 115.00 | 0.40 | 46.00 | Drafted filed and served certificate of service rescheduling status conference |
| 10/28/2019 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of service for Motion to Excuse the |

Case:19-19126-JGR Doc#:151 Filed:09/08/20 Entered:09/08/20 14:32:18 Page12 of 15

Detail Fee Transaction File List
fee app numbers
Wadsworth Garber Warner Conrardy, P.C.

| Trans Date | Tmkr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 39040.01 Boulder Dentistry, P.C.** | | | | | | |
| | | | | | | Appointment of an Ombudsman |
| 10/29/2019 | NG | | 115.00 | 0.40 | 46.00 | Filed Declaration of Michael A. Bentz, DDS in support of first day motions and Disclosure regarding receivers |
| 11/04/2019 | NG | | 115.00 | 0.40 | 46.00 | Drafted and filed certificate of service for Motion to Extend Time to Assume or Reject Commercial Property Lease filed Motion, order and notice and served |
| 11/05/2019 | NG | | 115.00 | 0.30 | 34.50 | Filed motion and order to extend time to file Statement of Financial Affairs and Schedules until November 11, 2019 |
| 11/11/2019 | NG | | 115.00 | 1.40 | 161.00 | Updated bankruptcy schedules |
| 11/11/2019 | NG | | 115.00 | 0.50 | 57.50 | Drafted and filed certificates of non contested matter for the Application to employ and the motion to use cash collateral |
| 11/11/2019 | NG | | 115.00 | 0.70 | 80.50 | Filed bankruptcy case |
| 11/12/2019 | NG | | 115.00 | 0.30 | 34.50 | Filed amended schedule g |
| 11/12/2019 | NG | | 115.00 | 0.30 | 34.50 | Finalized and filed 1009-1.1 form for amended schedule g |
| 11/15/2019 | NG | | 115.00 | 0.40 | 46.00 | Drafted and filed certificate of non contested motion to approve the retainer |
| 11/19/2019 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of service for motion and order to set bar date |
| 11/19/2019 | NG | | 115.00 | 0.40 | 46.00 | Drafted and filed certificate of non contested matter for Motion to Extend Time for Debtor to Assume or Reject Commercial Lease. |
| 11/21/2019 | NG | | 115.00 | 0.40 | 46.00 | Drafted and filed certificate of service for Bar Date Notice and served |
| 12/09/2019 | NG | | 115.00 | 0.40 | 46.00 | Filed Amended SOFA, Amended Schedule D and 1009 Form |
| 01/06/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed November monthly operating report |
| 02/05/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed December 2019 monthly operating report |
| 02/28/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed January monthly operating report |
| 03/18/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed February monthly operating report |
| 03/20/2020 | NG | | 115.00 | 0.40 | 46.00 | Filed and served motion, notice and order for continued authority to use cash collateral |
| 03/23/2020 | NG | | 115.00 | 0.40 | 46.00 | Filed Motion to Assume Commercial Real Property Lease, Order and Notice and served |
| 04/06/2020 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of non contested matter for Motion to continue use of cash collateral |
| 04/08/2020 | NG | | 115.00 | 0.40 | 46.00 | Filed Motion to Discontinue Payments to Secured Creditors Under Cash Collateral Budget, Order and Notice and served |
| 04/14/2020 | NG | | 115.00 | 0.40 | 46.00 | Prepared Claims Register |
| 04/22/2020 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of non contested matter for Motion to Discontinue Payments to Secured Creditors Under Cash Collateral Budget |
| 04/30/2020 | NG | | 115.00 | | 0.00 | Filed Local Bankruptcy Form 1009-1.1 Notice of Amendment of Petition |
| 05/22/2020 | NG | | 115.00 | 0.40 | 46.00 | Filed March and April monthly operating report |
| 05/28/2020 | NG | | 115.00 | 0.60 | 69.00 | Drafted and filed certificate of non contested matter for Notice of Filing of Amended Voluntary Petition seeking to convert this case to a case under Sub-Chapter V of Chapter 11 and Drafted and filed certificate of non contested matter for Motion to Assume Commercial Lease |
| 06/09/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed Subchapter V Status Report |
| 07/06/2020 | NG | | 115.00 | 0.40 | 46.00 | Filed May and June monthly operating reports |
| **Subtotal for Timekeeper NG** | | | Billable | 13.90 | 1,598.50 | Nichole Garber |
| 10/25/2019 | BS | | 275.00 | 0.30 | 82.50 | Call with Aaron regarding case and review emailed SOfA and schedule documents |
| 10/29/2019 | BS | | 275.00 | 0.60 | 165.00 | Search UCC, court records, and secretary of state and review documents regarding SOFA and schedule information (.5), call with client regarding same (.1) |
| 10/31/2019 | BS | | 275.00 | 0.10 | 27.50 | Call with client regarding SOFA, schedules, and IFR |
| 11/01/2019 | BS | | 275.00 | 2.00 | 550.00 | Calls and emails with A. Garber regarding information needed (.2); review documents and work on SOFA, Schedules & IFR (1.0); telephone conference with client regarding same (.8). |
| 11/04/2019 | BS | | 275.00 | 1.70 | 467.50 | Telephone conference with cleint regarding SOFA and Schedule information (.2); telephone conference with accountant regarding same (.1); telephone conference with and email to A. Garber regarding same (.1); review emails from cleint and other documents and work on SOFA and Schedules (1.3). |
| 11/08/2019 | BS | | 275.00 | 0.50 | 137.50 | Review information from clients and revised SOFA and schedules (.3); call with client regarding: same (.1); email with Aaron regarding: SOFA, schedules (.1) |
| 11/10/2019 | BS | | 275.00 | 0.10 | 27.50 | Email with client regarding: final information needed |
| 11/11/2019 | BS | | 275.00 | 0.20 | 55.00 | Calls with client and Aaron regarding: final changes to SOFA and Schedules |
| **Subtotal for Timekeeper BS** | | | Billable | 5.50 | 1,512.50 | Benjamin Shloss |
| 11/14/2019 | MP | | 150.00 | 0.20 | 30.00 | Finalize motion for bar date, notice, and order. |
| 12/04/2019 | MP | | 150.00 | 0.30 | 45.00 | Amend SOFA and Schedule D as request by the U.S. Trustee's office. |
| 12/05/2019 | MP | | 150.00 | 0.60 | 90.00 | Finalize updates to amendments; email to client to regarding amendments and update to 6-month budget as requested by the U.S. Trustee's office. |
| 12/09/2019 | MP | | 150.00 | 0.40 | 60.00 | Draft form 1009-1.1 and email to client for review and signature. |
| 12/18/2019 | MP | | 150.00 | 0.40 | 60.00 | Finalize amended SOFA, Schedule D, and form 1009-1.1 to include |

| | Trans Date | Tmkr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 39040.01 Boulder Dentistry, P.C.** | | | | | | | |
| | | | | | | | pages with Debtor's signatures for filing. |
| Subtotal for Timekeeper MP | | | | Billable | 1.90 | 285.00 | Michelle Primo |
| **Total for Client ID 39040.01** | | | | Billable | 40.50 | 10,746.00 | Boulder Dentistry, P.C. |
| | | | | | | | 39040.01 GENERAL ADMINISTRATION |
| **Client ID 39040.02 Boulder Dentistry, P.C.** | | | | | | | |
| | 01/27/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding plan |
| | 01/29/2020 | AAG | | 400.00 | 2.20 | 880.00 | Draft plan and disclosure statement |
| | 02/10/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding plan |
| | 02/12/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding plan |
| | 02/29/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding information for disclosure statement |
| | 03/06/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding plan |
| | 03/09/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with debtor regarding plan |
| | 03/12/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding plan |
| | 03/18/2020 | AAG | | 400.00 | 1.20 | 480.00 | Draft plan and disclosure statement |
| | 03/19/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding projections for Plan and Disclosure Statement |
| | 03/19/2020 | AAG | | 400.00 | 1.50 | 600.00 | Draft plan and disclosure statement |
| | 03/27/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with client regarding plan issues |
| | 04/02/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding plan |
| | 04/02/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding plan budget (.1); review of same (.1) |
| | 04/03/2020 | AAG | | 400.00 | 3.20 | 1,280.00 | Draft plan and disclosure statement |
| | 04/08/2020 | AAG | | 400.00 | 4.80 | 1,920.00 | Draft plan and disclosure statement |
| | 04/09/2020 | AAG | | 400.00 | 4.30 | 1,720.00 | Draft motion to extend deadline to file plan (1); draft Subchapter V plan (3); correspond with client regarding same (.3) |
| | 04/13/2020 | AAG | | 400.00 | 1.00 | 400.00 | Correspond with client regarding plan (.5) and revise same (.5) |
| | 04/20/2020 | AAG | | 400.00 | 1.80 | 720.00 | Amend plan per discussion with and comments from client (1.6); correspond with client regarding same (.2) |
| | 04/23/2020 | AAG | | 400.00 | 0.80 | 320.00 | Correspond with client regarding language for Plan (.6); revise same (.2) |
| | 04/27/2020 | AAG | | 400.00 | 0.30 | 120.00 | Finalize plan (.2); correspond with client re same (.1) |
| | 04/30/2020 | AAG | | 400.00 | 0.30 | 120.00 | Finalize motion to file plan (.1); finalize plan (.2) |
| | 05/06/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with trustee regarding plan |
| | 05/11/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with trustee regarding plan |
| | 06/01/2020 | AAG | | 400.00 | 2.50 | 1,000.00 | Correspond with client regarding plan (.7); revise plan (1.8) |
| | 06/05/2020 | AAG | | 400.00 | 0.30 | 120.00 | Correspond with trustee regarding plan (.1); revise plan (.2) |
| | 06/18/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with counsel for secured creditor regarding plan comments |
| | 06/25/2020 | AAG | | 400.00 | 0.50 | 200.00 | Revise combined plan and disclosure statement (.4); correspond with trustee regarding same (.1) |
| | 06/29/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with US Trustee regarding Chapter V plan |
| | 07/02/2020 | AAG | | 400.00 | 0.50 | 200.00 | Correspond with U.S. Trustee regarding plan comments (.2); correspond with creditor regarding same (.3) |
| | 07/05/2020 | AAG | | 400.00 | 0.40 | 160.00 | Revise plan per comments of parties in interest |
| | 07/09/2020 | AAG | | 400.00 | 0.80 | 320.00 | Correspond with IRS regarding plan (.2); revise plan regarding same (.2); correspond with client regarding plan (.4) |
| | 07/13/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with client regarding plan (.2); revise plan (.2) |
| | 07/14/2020 | AAG | | 400.00 | 0.90 | 360.00 | Update and revise combined plan and disclosure statement (.4); assist with projections (.4); correspond with trustee regarding same (.1) |
| | 07/15/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with trustee regarding plan (.1); revise same (.3) |
| | 07/16/2020 | AAG | | 400.00 | 0.60 | 240.00 | Finalize plan per comments of client (.2); correspond with client regarding same (.1); prepare notice and redlined plan (.3) |
| | 07/21/2020 | AAG | | 400.00 | 0.80 | 320.00 | Prepare plan solicitation materials |
| | 08/04/2020 | AAG | | 400.00 | 0.30 | 120.00 | Correspond with client and IRS regarding plan and tax issues |
| | 08/06/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client and trustee regarding confirming plan |
| | 08/11/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client, IRS and trustee regarding resolution of plan issues |
| | 08/17/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with client and IRS regarding tax debt |
| | 08/17/2020 | AAG | | 400.00 | 1.80 | 720.00 | Draft summary of voting results, plan confirmation affidavit, status report |
| | 08/20/2020 | AAG | | 400.00 | 1.10 | 440.00 | Finalize affidavit in support of confirmation, status report (.2); draft motion for telephonic hearing (.9) |
| | 08/21/2020 | AAG | | 400.00 | 0.90 | 360.00 | Correspond with client, trustee and court regarding plan confirmation (.2); draft plan confirmation order (.7) |
| | 08/25/2020 | AAG | | 400.00 | 0.60 | 240.00 | Prepare for and attend plan confirmation hearing |
| Subtotal for Timekeeper AAG | | | | Billable | 37.70 | 15,080.00 | Aaron A. Garber |
| | 04/30/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed Motion, Order and Notice Motion to Extend Deadline to File a Plan of Reorganization |
| | 05/13/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed and served Notice of Filing of Amended Petition to Convert Case to Case Under Subchapter V of Chapter 11 |
| | 05/15/2020 | NG | | 115.00 | 0.30 | 34.50 | Drafted and filed certificate of non contested matter for Motion to Extend Deadline to File a Plan of Reorganization |
| | 07/17/2020 | NG | | 115.00 | 0.50 | 57.50 | Filed Amended Sub-Chapter V Plan of Reorganization dated July 17, 2020 and Notice of Filing of Redlined Amended Sub-Chapter V Plan of Reorganization dated July 17, 2020. |
| | 07/21/2020 | NG | | 115.00 | 0.30 | 34.50 | Filed certificate of service for amended chapter V plan |
| | 08/21/2020 | NG | | 115.00 | 0.50 | 57.50 | File summary of voting results, plan confirmation hearing to be conducted |

| Trans Date | Tmkr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 39040.02 Boulder Dentistry, P.C.** | | | | | | |
| | | | | | | by phone and status report for plan confirmation |
| Subtotal for Timekeeper NG | | | Billable | 2.20 | 253.00 | Nichole Garber |
| 02/12/2020 | LSR | | 235.00 | 0.10 | 23.50 | Office conference with A. Garber regarding Plan. |
| 02/20/2020 | LSR | | 235.00 | 0.50 | 117.50 | Review Proofs of Claim and create Summary Spreadsheet. |
| 02/20/2020 | LSR | | 235.00 | 1.00 | 235.00 | Begin to draft Plan. |
| 02/20/2020 | LSR | | 235.00 | 0.10 | 23.50 | Begin to draft Disclosure Statement. |
| 02/20/2020 | LSR | | 235.00 | 0.10 | 23.50 | Confer with A. Garber regarding plan details. |
| 02/27/2020 | LSR | | 235.00 | 0.10 | 23.50 | Office conference with A. Garber regarding plan details. |
| Subtotal for Timekeeper LSR | | | Billable | 1.90 | 446.50 | Lindsay S. Riley |
| **Total for Client ID 39040.02** | | | Billable | 41.80 | 15,779.50 | Boulder Dentistry, P.C. |
| | | | | | | 39040.02 PLAN |
| **Client ID 39040.03 Boulder Dentistry, P.C.** | | | | | | |
| 10/31/2019 | AAG | | 375.00 | 1.70 | 637.50 | Prepare for and attend cash collateral hearing (1.4); meet with clients regarding case issues and strategy (.3) |
| 11/05/2019 | AAG | | 375.00 | 0.50 | 187.50 | Correspond with Independence Bank regarding cash collateral and payment issues (.3); correspond with client regarding same (.2) |
| 11/30/2019 | AAG | | 375.00 | 0.10 | 37.50 | Correspond with client and secured creditor regarding adequate assurance payment |
| 02/29/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding cash collateral |
| 03/10/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with secured creditor regarding adequate protection payment |
| 03/19/2020 | AAG | | 400.00 | 1.10 | 440.00 | Correspond with client regarding cash collateral budget (.1); draft motion to continue use of cash collateral (1) |
| 03/20/2020 | AAG | | 400.00 | 0.80 | 320.00 | Finalize motion to use cash collateral |
| 03/27/2020 | AAG | | 400.00 | 0.40 | 160.00 | Correspond with client and counsel for bank regarding cash collateral issues |
| 03/30/2020 | AAG | | 400.00 | 0.30 | 120.00 | Correspond with counsel for secured creditor regarding release of adequate protection payments due to virus |
| 04/02/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with client regarding workout with secured creditors |
| 04/06/2020 | AAG | | 400.00 | 1.20 | 480.00 | Draft motion to discontinue payments to secured creditors |
| 04/07/2020 | AAG | | 400.00 | 0.10 | 40.00 | Correspond with secured creditor regarding motion to discontinue payments |
| Subtotal for Timekeeper AAG | | | Billable | 6.60 | 2,582.50 | Aaron A. Garber |
| 11/07/2019 | NG | | 115.00 | 0.10 | 11.50 | Correspond with counsel for secured creditor regarding payment obligations |
| Subtotal for Timekeeper NG | | | Billable | 0.10 | 11.50 | Nichole Garber |
| **Total for Client ID 39040.03** | | | Billable | 6.70 | 2,594.00 | Boulder Dentistry, P.C. |
| | | | | | | 39040.03 SECURED CREDITORS |
| **Client ID 39040.05 Boulder Dentistry, P.C.** | | | | | | |
| 11/03/2019 | AAG | | 375.00 | 0.10 | 37.50 | Finalize motion to extend time to assume or reject lease |
| 02/19/2020 | AAG | | 400.00 | 0.20 | 80.00 | Correspond with client regarding real property lease |
| 03/22/2020 | AAG | | 400.00 | 1.00 | 400.00 | Draft motion to assume lease |
| 03/23/2020 | AAG | | 400.00 | 0.10 | 40.00 | Finalize motion to assume lease |
| Subtotal for Timekeeper AAG | | | Billable | 1.40 | 557.50 | Aaron A. Garber |
| 10/30/2019 | MP | | 150.00 | 1.00 | 150.00 | Draft motion to extend time for debtor to assume or reject commercial property lease, notice, and order. |
| Subtotal for Timekeeper MP | | | Billable | 1.00 | 150.00 | Michelle Primo |
| **Total for Client ID 39040.05** | | | Billable | 2.40 | 707.50 | Boulder Dentistry, P.C. |
| | | | | | | 39040.05 CONTRACTS AND LEASES |

**GRAND TOTALS**

| | | Billable | 91.40 | 29,827.00 |
|---|---|---|---|---|

Date: 08/26/2020 Case:19-19126-JGR    Doc#:151    Filed:09/08/20    Entered:09/08/20 14:32:18    Page15 of 15    Page: 1

Cost Transaction File List
fee app costs
Wadsworth Garber Warner Conrardy, P.C.

| Trans Date | B C | Amount | |
|---|---|---|---|
| **Client ID 39040.01 Boulder Dentistry, P.C.** | | | |
| 10/25/2019 | | 42.69 | Federal Express |
| 10/25/2019 | | 72.28 | Federal Express |
| 11/21/2019 | | 34.00 | Outside Copies/Postage/Certificate of Service |
| 12/02/2019 | | 3.60 | Copies |
| 12/02/2019 | | 18.00 | Postage |
| 12/04/2019 | | 4.00 | Ben PACER/Computer Research |
| 03/20/2020 | | 25.20 | Outside Copies/Postage/Certificate of Service |
| 07/24/2020 | | 42.00 | Copies |
| 07/24/2020 | | 26.60 | Postage |
| **Total for Client ID 39040.01** | Billable | 268.37 | Boulder Dentistry, P.C. |
| | | | 39040.01 GENERAL ADMINISTRATION |

**GRAND TOTALS**

Billable    268.37